CAUSE NO: 09-06-05444-CR-(1)

42,692-01

EX PARTE §      IN THE DISTRICT COURT
§
William Sammy CASEY      § OF THE 221st JUDICIAL DISTRICT
§
§ MONTGOMERY COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

TO: HONORABLE ABEL ACOSTA
CLERK, COURT OF CRIMINAL APPEALS

I AM WRITTING IN RESPONSE TO THE LEGAL MAIL I RECEIVED TODAY, TUESDAY 1-20-2015 AT 3:00pm FROM THE DISTRICT CLERK OF MONTGOMERY COUNTY, TEXAS. BARBARA GLADDEN ADAMICK. THE LETTER WAS DATED MONDAY 1-12-2015 AND IN IT STATED; DEAR MR ACOSTA, ENCLOSED PLEASE FIND THE FIRST SUPPLEMENTAL CLERK'S RECORD PREPARED IN THE ABOVE WRIT OF HABEAS CORPUR CORPUS. ALSO ON THE BOTTOM OF THE PAGE IT STATED,

CC: Bill DELMORE, ATTORNEY FOR STATE
William SAMMY CASEY, PRO SE APPLICANT
FILE.

THIS IS WILLIAM SAMMY CASEY WRITTING TO INFORM YOU THAT I ONLY RECEIVED

2 SHEETS OF PAPER IN THIS LEGAL MAIL ENVELOPE. ONE WAS THE COVER SHEET AND THE SECOND PAGE WAS THE BACK PAGE, THE INDEX SHEET OR TABLE OF CONTENTS.

PAGES 1 THUR 7 OF THE CLERK'S FIRST SUPPLEMENTAL RECORD. I DID NOT RECEIVE WITH THIS LEGAL PAPER.

MR ACOSTA, I AM WRITTING YOU TO INFORM YOU THAT THE DISTRIST CLERK DID NOT SEND ME AS OF YET THE CLERK'S FIRST SUPPLEMENTAL RECORD AND I AM WRITTING THE DISTRICT CLERK BARBARA GLADDEN ADAMICK AND LET HER KNOW WHAT ALL I DID RECEIVE BUT I AM STILL IN NEED OF MY COPY OF THE CLERKS FIRST SUPPLEMENTAL RECORDS PLEASE, PAGE 1 THUR 7.

THANK YOU FOR YOUR TIME IN THIS MATTER

SINCERELY

William Sammy Cosey

DATE 1-20-2015 #1622557 T.D.C.J

CC: HONORABLE ABEL ACOSTA, CLERK COURT OF CRIMINAL APPEALS

DISTRICT CLERK: BARBARA GLADDEN ADAMICK

MONTGOMERY COUNTY, TEKAS